UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCHELLE KENTOV, Regional Director of
the Twelfth Region of the National Labor
Relations Board, for and on behalf of the
NATIONAL LABOR RELATIONS BOARD,

        Petitioner,

vs.                                                          Case No.:8:04-CV-1730-T-27TBM

SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION, LOCAL 15, AFL-CIO,

        Respondent.
_____/

## ORDER

**BEFORE THE COURT** is Petitioner's Status Report (Dkt. 38). Pursuant to the status report, it is **ORDERED AND ADJUDGED** that the Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 9th day of August, 2007.

                                                        JAMES D. WHITTEMORE
                                                        **United States District Judge**

Copies to:
Counsel of Record